# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - WESTERN DIVISION

In the Matter of:

| | |
|---|---|
| Ernest Alford Cargile } | **Case No: 15-71117-JHH13** |
| SSN: XXX-XX-0609 } | |
| Harrett Cargile } | |
| SSN: XXX-XX-3387 } | |
| DEBTOR(S). } | |

## ORDER

This matter came before the Court on Tuesday, February 02, 2016 09:00 AM, for a hearing on the following:

1) RE: Doc #30; Trustee's Objection to Claim Number 7 of Creditor Wilmington Savings Fund Society in the Amount of $20,551.35, as it Should be Allowed to Replace Claim Number 4 filed by the Attorney for Debtor on behalf of Creditor
2) RE: Doc #33; Response in Opposition to Trustee's Objection to Claim Number 7 of Creditor Wilmington Savings Fund Society in the Amount of $20,551.35, as it Should be Allowed to Replace Claim Number 4 filed by the Attorney for Debtor on behalf of Creditor

Proper notice of the hearing was given and appearances were made by the following:

C David Cottingham, Trustee
E Calhoun Wilson, attorney for Ernest Alford Cargile (Debtor)
E Calhoun Wilson, attorney for Harrett Cargile (Joint Debtor)
Michael Bybee, attorney for Wilmington Savings Fund Society FSB (telephonic appearance)

**It is therefore ORDERED, ADJUDGED and DECREED that:**

Based on the filings of record, the evidence before the Court, and for the reasons stated on the record of the hearing, the trustee's objection to claim number seven filed by Wilmington Savings Fund Society (the "Creditor") (Doc. 30) is SUSTAINED, in part, and OVERRULED, in part. Claim number four filed by the attorney for the debtors on behalf of the Creditor is DISALLOWED as being duplicative of claim number seven filed by the Creditor.

Dated: 02/17/2016

/s/ JENNIFER H. HENDERSON
JENNIFER H. HENDERSON
United States Bankruptcy Judge